| | |
|---|---|
| ANTWOINE BEALER,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>Defendant. | Case No.: 1:17-cv-01277-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN 45 DAYS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Antwoine Bealer is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action was opened by a court order in <u>Antwoine Bealer v. Kern Valley State Prison</u>, Case No. 1:16-cv-00367-DAD-SKO-PC, issued on September 22, 2017. (ECF No. 2.) Specifically, the first amended complaint in that case, filed on March 7, 2017, was stricken from the record in that matter, and ordered to be opened as a new case. This current matter is the new case.

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis in this action, pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. **No requests for an extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE