| | |
|---|---|
| ANTWOINE BEALER,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>    Defendant. | Case No.: 1:17-cv-01277-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 5)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE **WITHIN THIRTY DAYS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## I.

## BACKGROUND

Plaintiff Antwoine Bealer is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 27, 2017, Plaintiff was ordered to submit an application to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915, or pay the $400.00 filing fee. (ECF No. 4.) Plaintiff was permitted forty-five (45) days to comply with that order. That deadline expired, and Plaintiff did not file any application, pay the filing fee, or otherwise communicate with the Court.

On December 4, 2017, the Court issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to pay the filing fee or submit an application to proceed in forma pauperis in compliance with the Court's order. (ECF No. 5.) Plaintiff was permitted twenty-one (21) days to object to the findings and recommendations. (Id. at 3.)

1

Currently before the Court are Plaintiff's objections to the findings and recommendations, filed on December 18, 2017. (ECF No. 6.)

**II.**

**DISCUSSION**

Plaintiff objects to the findings and recommendations on the grounds that he has made efforts to comply with the Court's order, but has been unsuccessful. Plaintiff submits documentation showing that on October 23, 2017, he requested a copy of his inmate trust account statement using a CDCR Form 22. (ECF No. 6, at p. 6.) On November 14, 2017, he received a response from a counselor stating that there was a problem in printing an account summary for Plaintiff, and that Plaintiff would need to submit a new request to accounting. (Id. at 8.) Plaintiff asserts that these issues have hindered his compliance with the Court's order, and that his case is meritorious.

Based on the foregoing, the Court finds good cause to vacate its findings and recommendations, and allow Plaintiff one final opportunity to comply with the Court's order requiring him to submit an application to proceed in forma pauperis, or pay the filing fee for this action. An application will be sent to him, and he must submit the completed application or pay the filing fee within thirty (30) days.

The Court further informs Plaintiff that due to a new procedure, inmates in the custody of the California Department of Corrections and Rehabilitation ("CDCR") are not required to submit a copy of their certified trust account statement with their application. Instead, they may authorize the agency having custody to forward the statement to the Clerk of the Court by signing the application and providing their CDCR number. Thus, Plaintiff need not delay the submission of his application due to any issue with collecting a copy of his certified inmate trust account.[1]

The Court further informs Plaintiff that if he is unable to meet a deadline, he must communicate with the Court as soon as possible. Plaintiff may request a reasonable extension of time, based on good cause shown, by written motion to the Court.

---

[1] Due to a clerical error, Plaintiff was sent an old application form that did not explain this new procedure. Plaintiff will be provided an updated application form with this order.

2

## III.
## CONCLUSION

For the reasons discussed above, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 4, 2017 (ECF No. 5), are VACATED;

2. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

3 Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. <u>No requests for an extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: __December 20, 2017__

UNITED STATES MAGISTRATE JUDGE