| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ANTWOINE BEALER,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>  Defendant. | Case No.: 1:17-cv-01277-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SUBMIT TRUST ACCOUNT STATEMENT<br><br>(ECF No. 8) |

Plaintiff Antwoine Bealer is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for an extension of time to submit his trust account statement, filed on December 28, 2017. (ECF No. 8.) Plaintiff asserts that he is having continued difficulties getting a copy of his trust account statement to submit to support his application to proceed in forma pauperis.

As Plaintiff was previously informed, he is **not** required to submit a copy of his statement at this time. The Court will obtain it for him. Plaintiff must simply complete his application, signed and dated, and provide his CDCR number.

The Court will briefly extend Plaintiff's deadline for submitting his completed application until January 31, 2018 to allow him to receive and review this order and comply with it.

Accordingly, it is HEREBY ORDERED that Plaintiff's request for an extension of time to submit his trust account statement, filed on December 28, 2017 (ECF No. 8), is DENIED. Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action, by **January 31, 2018**.

IT IS SO ORDERED.

Dated: **January 3, 2018**

UNITED STATES MAGISTRATE JUDGE