| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ANTWOINE BEALER,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>  Defendant. | Case No.: 1:17-cv-01277-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF TRUST ACCOUNT CERTIFICATION, AND GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF No. 11)<br><br>**THIRTY-DAY DEADLINE** |

   Plaintiff Antwoine Bealer is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

   Currently before the Court is Plaintiff's notice of trust account certification, filed on January 30, 2018. (ECF No. 11.) Plaintiff asserts that he is continuing to have difficulties with his in forma pauperis application. He states that he sent his application to the trust account office for certification on January 18, 2018, and it was returned to him on January 24, 2018, with instructions on sending legal mail. Plaintiff asserts that he then sent the application back for certification, and is again waiting for it to be certified and returned to him.

   Plaintiff also states that he "[b]elieve[s] that the institution is hindering [his] access to the court in an attempt to cause harm by his case being dismissed," and that he would like the Court

1

to note his allegation. This allegation is unsupported conjecture and contrary to Plaintiff's submissions. Plaintiff attached documents to his notice which show that the institution has instructed him to submit his legal documents to the mailroom for processing, and that it will be submitted to the Trust Office for completion as well as mailed out for him. (ECF No. 11 at 3.) This is not evidence of any hindering of Plaintiff's access to the courts. Plaintiff should follow the procedures proscribed by his institution.

The Court initially ordered Plaintiff to submit his application to proceed in forma pauperis or to pay the filing fee in this action on September 27, 2017. (ECF No. 4.) He was granted forty-five days to comply with that order (Id.) Plaintiff failed to comply with that order and did not otherwise communicate with the Court, so findings and recommendations were issued recommending that this action be dismissed, without prejudice. (ECF No. 5.)

Upon Plaintiff's objections that he was attempting to comply with the Court's order, (ECF No. 6), on December 20, 2017, the findings and recommendations were vacated, (ECF No. 7). The Court also granted Plaintiff an additional thirty days to comply with the September 27, 2017 order. (Id.)

On December 28, 2017, Plaintiff requested an additional extension of time to submit his certified trust account statement. (ECF No. 8.) The Court denied that request on the grounds that Plaintiff is not required to submit any certified trust account statement himself, but nevertheless granted him an additional brief extension of time to submit his application to proceed in forma pauperis, until January 31, 2018. (ECF No. 9.) Now, Plaintiff has filed the instant notice discussed above.

Although Plaintiff has not expressly requested an extension of time to comply with this Court's order to submit an application to proceed in forma pauperis or pay the filing fee, the Court will *sua sponte* grant him an extension in the interests of justice. Plaintiff will be permitted one final thirty-day extension of time from the date of this order to submit his application to proceed in forma pauperis, completed and signed. The Court cannot continue to hold this action in abeyance pending Plaintiff's compliance with its orders.

///

2

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action, within **thirty days** of the date of this order;

2. Failure to comply with this order will result in a recommendation to dismiss this action, without prejudice, for the failure to pay the filing fee or submit an application to proceed in forma pauperis, and for the failure to comply with a court order.

IT IS SO ORDERED.

Dated: **February 2, 2018**

_____
UNITED STATES MAGISTRATE JUDGE