| | |
|---|---|
| ANTWOINE BEALER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01277-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE REGARDING IFP 602 ADMINISTRATIVE APPEAL<br><br>[ECF No. 16] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Antwoine Bealer is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On February 26, 2018, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis. (ECF No. 15.)

Currently before the Court is Plaintiff's notice regarding IFP 602 administrative appeal, filed on February 26, 2018. (ECF No. 16.) Plaintiff discusses that he is continuing to attempt to submit information in support of his motion to proceed in forma pauperis. As noted above, Plaintiff's motion has been ruled upon, and the Court requires no further filings regarding that matter.

1

1     Plaintiff also states that he is enclosing his appeals, and requests that the Court make copies and send the originals back to him. The Court's first informational order, served on Plaintiff on September 25, 2017, provides in pertinent as follows:

> A pro se plaintiff must submit all documents to the Court in paper unless the Court orders otherwise. The Court's electronic filing and storage system generally is available only to attorneys registered to use it. Local Rule 133(b)(2). The Clerk will scan paper documents into the electronic court file **and then discard the paper copy**. Local Rule 138(d). Accordingly, parties should never send original exhibits to the Court.

(ECF No. 3, at p. 3) (emphasis in original). Thus, Plaintiff's original documents have been discarded pursuant to the Clerk of the Court's usual practice.

    Further, the fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff. The Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. Plaintiff's request for free copies will be denied at this time.

    Accordingly, it is HEREBY ORDERED that Plaintiff's request to have his original filings returned to him, and for free copies (ECF No. 16), is denied.

IT IS SO ORDERED.

Dated:   **March 1, 2018**

UNITED STATES MAGISTRATE JUDGE

2