# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>   Plaintiff,<br><br> v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>   Defendant. | Case No. 1:17-cv-01277-LJO-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR COURT TO STRIKE REQUEST FOR AN EXTENSION OF TIME<br><br>[ECF No. 31] |

   Currently before the Court is Plaintiff's motion to strike his request for an extension of time. (ECF No. 31.) Plaintiff states that due to some confusion, he misunderstood whether he was required to file an amended complaint, and did not intend to seek time to do so. The Court did not receive any such request, and therefore the motion will be disregarded, as unnecessary.

   The Court received and granted Plaintiff's request for additional time to file objections to the Court's August 31, 2018 findings and recommendations. Accordingly, those objections must be filed no later than October 16, 2018.

IT IS SO ORDERED.

Dated:  **September 26, 2018**

              UNITED STATES MAGISTRATE JUDGE